UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
SHARONE NATHAN COLBERT  CASE NO. 20-10681
7057 W FRIENDLY AVE UNIT F  JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27410

DEBTOR

SSN(1) XXX-XX-3967  DATE: 03/18/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 7029 WEST APARTMENTS<br>7029 W FRIENDLY AVE<br>GREENSBORO, NC  27410 | $0.00<br>INT: .00%<br>NAME ID: 183057<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC<br>% PRA RECEIVABLES MGMT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $695.20<br>INT: .00%<br>NAME ID: 170594<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 5374<br>COMMENT: CAPITAL ONE |
| FIRST PROGRESS CARD<br>1120 WELSH RD STE 200<br>NORTH WALES, PA  19454 | $0.00<br>INT: .00%<br>NAME ID: 152446<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GM FINANCIAL<br>P O BOX 181145<br>ARLINGTON, TX  76096 | $0.00<br>INT: .00%<br>NAME ID: 132119<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREATER ALLIANCE CREDIT UNION<br>% ROCCO SCONZO COURT OFFICER<br>P O BOX 871<br>SADDLE BROOK, NJ  07663 | $0.00<br>INT: .00%<br>NAME ID: 183054<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3967<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $777.92<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 7808<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| MOHELA/DEPT OF ED<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005 | $0.00<br>INT: .00%<br>NAME ID: 148924<br>CLAIM #: 0008 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 3967<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>ONE SECURITY PLACE<br>MERRIFIELD, VA  22119-0001 | $0.00<br>INT: .00%<br>NAME ID: 147917<br>CLAIM #: 0009 | | (S) SECURED<br>SURRENDERED<br>ACCT: 1386<br>COMMENT: OC,SHARES,REL |
| NEWARK POST OFFICE ECU<br>P O BOX 1570<br>NEWARK, NJ  07101 | $0.00<br>INT: .00%<br>NAME ID: 183055<br>CLAIM #: 0010 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| OPTIMUM OUTCOMES INC<br>P O BOX 58015<br>RALEIGH, NC  27658 | $0.00<br>INT: .00%<br>NAME ID: 156530<br>CLAIM #: 0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ORION PORTFOLIO SERVICES II LLC<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $670.12<br>INT: .00%<br>NAME ID: 183492<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 9044<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $736.72<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 8288<br>COMMENT: |
| PURCHASING POWER LLC<br>2727 PACES FERRY RD SE BLDG 2 STE 1200<br>ATLANTA, GA  30339 | $2,888.51<br>INT: .00%<br>NAME ID: 182287<br>CLAIM #: 0004 | | (U) UNSECURED<br><br>ACCT: 2826<br>COMMENT: OC |
| RCS/CARVAL INVESTORS<br>9320 EXCELSIOR BLVD<br>HOPKINS, MN  55343 | $0.00<br>INT: .00%<br>NAME ID: 182794<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| RCS/CARVAL INVESTORS<br>9320 EXCELSIOR BLVD<br>HOPKINS, MN  55343 | $0.00<br>INT: .00%<br>NAME ID: 182794<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$5,768.47** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/18/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice